

FILED

MAY 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ERICA PAULEY

           IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   CASE NO.: 2:10-CR-0073-DAD
                                 )
              Plaintiff,         )
                                 )   STIPULATION AND [PROPOSED] *and* ORDER;
       v.                        )   CONTINUING CHANGE OF PLEA HEARING
                                 )         AND EXCLUDING TIME
ERICA PAULEY,                    )
                                 )   Date:  May 25, 2010
              Defendant.         )   Time:  10:00 am.
_____)   Judge: Hon. Dale A. Drozd

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and LAUREN CUSICK, attorney for ERICA PAULEY, that the change of plea hearing date of May 25, 2010 be vacated, and the matter be set for change of plea on June 15, 2010 at 10:00 am.  The reason for this continuance is due to the availability of the defendant and defense counsel.

     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 15, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | DATED: May 19, 2010. | Respectfully submitted, |
| 2 | | |
| 3 | | DANIEL J. BRODERICK<br>Federal Public Defender |
| 4 | | |
| 5 | | /s/ Lauren Cusick |
| 6 | | LAUREN CUSICK<br>Assistant Federal Defender<br>Attorney for ERICA PAULEY |
| 7 | | |
| 8 | | |
| 9 | DATED: May 19, 2010 | BENJAMIN WAGNER<br>United States Attorney |
| 10 | | |
| 11 | | |
| 12 | | /s/ Matthew Stegman<br>MATTHEW STEGMAN<br>Assistant U.S. Attorney |
| 13 | | Attorney for Plaintiff |

### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 25, 2010, change of plea hearing be continued to June 15, 2010, at 10:00 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the June 15, 2010 change of plea hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act

1 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
2 | to allow defense counsel reasonable time to prepare.
3 | Dated: 5/19/10

_____
DALE A. DROZD
United States Magistrate Judge